1  ROBIN D. PERRY, ESQ. SBN 181686
2  LAW OFFICES OF ROBIN D. PERRY & ASSOCIATES
3  400 Oceangate, Suite 700
   Long Beach, California 90802
4  Telephone:(562) 216-2944
5  E-Mail: Robin@lordp.net

6
7
8              UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
10

11 | IRC, a minor, by and through his        ) **NOTRICE OF INTERESTED**
12 | Guardian ad Litem, Mdrafeal Haider      ) **PARTIES**
   | Chowdhury, Estate of Manuela            )
13 | Rodriguez, by and through successor     )
14 | in interest IRC,                        )
   |                                         )
15 |                  Plaintiffs,            )
16 |                                         )
   |  vs.                                    )
17 |                                         )
18 | EDDIE F. GONZALEZ, and DOES 1           )
   | to 10,                                  )
19 |                                         )
20 |                  Defendants.            )
   |                                         )
21 | _____        )
22

23       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
24       The undersigned, counsel of record for plaintiffs, IRC, a minor, buying through
25 his Guardian ad Litem, Mdrafeal Haider Chowdhury, Estate of Manuela Rodriguez,
26 by and through successor in interest IRC, certified of the following parties have a
27 direct, pecuniary interest in the outcome of this case. These representations are made
28 to enable to court to evaluate possible disqualification or recusal.

                                  1
                    **NOTICE OF INTERESTED PARTIES**

The following is a list of names of all such part is known to the under sign and identified by their connection and interest:

**PLAINTIFF**

1. IRC, a minor, by and through his Guardian ad Litem**;**

2. Estate of Manuela Rodriguez, by and through successor in interest, IRC

**DEFENDANT**

3. Eddie F. Gonzalez

**OTHERS**

4. Mdrafeal Haider Chowdhury;

5. Shahriear Chowdhury;

6. Long Beach Unified School District

Date: October 4, 2021       LAW OFFICES OF ROBIN D. PERRY & ASSOCIATES

By: _____
ROBIN D. PERRY, ESQ.
Attorneys for Plaintiffs, IRC, a minor, by and through his Guardian ad Litem, Mdrafeal Haider Chowdhury, Estate of Manuela Rodriguez, by and through successor in interest IRC