ROBIN D. PERRY, ESQ. SBN 181686
LAW OFFICES OF ROBIN D. PERRY & ASSOCIATES
400 Oceangate, Suite 700
Long Beach, California 90802
Telephone:(562) 216-2944
E-Mail: Robin@lordp.net

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IRC, a minor, by and through his Guardian ad Litem, Mdrafeal Haider Chowdhury, Estate of Manuela Rodriguez, by and through successor in interest IRC,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>EDDIE F. GONZALEZ, and DOES 1 to 10,<br><br>　　　　　　　Defendants.<br>_____ | CASE NO.  2:21-cv-07916 RAO<br><br>**PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM; DECLARATION OF MDRAFEAL HAIDER CHOWDHURY; MEMORANDUM OF POINTS AND AUTHORITIES** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　Comes now MDRAFEAL HAIDER CHOWDHURY, the natural father of I.R.C., a minor of six months of age, and hereby petitions the present court for its order appointing him as guardian ad litem for I.R.C. for purposes of bringing the present action.

　　　The present petition is made pursuant to Rule 17(c) of the Federal Rules of Civil Procedure and is made on the grounds that the present petitioner, MDRAFEAL

1
**PETITION TO APPOINT GUARDIAN AD LITEM**

HAIDER CHOWDHURY, is the natural father of the minor who is six months of age, that MDRAFEAL HAIDER CHOWDHURY has no interests adverse to those of his minor son I.R.C., and that the appointment of a guardian ad litem is required for I.R.C. to bring an action for the violation of his constitutional rights.  The present petition is based on the attached declaration of MDRAFEAL HAIDER CHOWDHURY and as supported by the attached memorandum of points and authorities.

Date: October 5, 2021     LAW OFFICES OF ROBIN D. PERRY & ASSOCIATES

By:  */s/  Robin D. Perry*
         ROBIN D. PERRY, ESQ.
Attorneys for Plaintiffs, IRC, a minor, by and through his Guardian ad Litem, Mdrafeal Haider Chowdhury, Estate of Manuela Rodriguez, by and through successor in interest IRC

# DECLARATION OF MDRAFEAL HAIDER CHOWDHURY

I, MDRAFEAL HAIDER CHOWDHURY, declare as follows:

1. That the matters contained in this declaration are true of my own personal knowledge, and I could competently testify thereto if called upon to do so;

2. That the purpose of the present declaration is to support the present petition for this court's order appointing your declarant as the guardian ad litem for I.R.C.;

3. That I am the father of I.R.C. who is a plaintiff in the present action.

4. That I.R.C., my son, is six months old, having been born on April 7, 2021;

5. That I have no interests adverse to the interest of my son I.R.C., and that my son resides with me.

6. That I have been informed by my counsel and therefore understand that the appointment of a guardian ad litem is necessary under the applicable state and federal rules which control the filing of lawsuits.

7. That my son, I.R.C., does not have a general guardian.

8. That I understand that as a minor, my son, I.R.C., cannot bring or participate in a suit absent a guardian ad litem or other formal representative.

9. That I therefore respectfully request the present court to issue an order appointing me as guardian ad litem for I.R.C. in this action.

I declare under the penalty of perjury under applicable law that the foregoing is true and correct. Executed this October 5, 2021 in Long Beach, California.

/s/ Mdrafeal Haider Chowdhury
MDRAFEAL HAIDER CHOWDHURY

# MEMORANDUM OF POINTS AND AUTHORITIES

Comes now MDRAFEAL HAIDER CHOWDHURY and petitions the present court for an order appointing him as the guardian ad litem for his minor son, in order to permit his son to pursue an action for the violation of his constitutional rights.

## I.
## Statement of Facts

I.R.C., is the natural son of petitioner, MDRAFEAL HAIDER CHOWDHURY, and is six (6) months old. MDRAFEAL HAIDER CHOWDHURY resides with his son and has no interests adverse to those of his son.

On or about September 27, 2021, decedent Manuela Rodriguez was wrongfully shot by a Long Beach Unified School District Safety Officer. She has been determined to be brain dead and following the donation of her organs will be removed from life support machines. The official date of death is pending. As a result of his mother's death, Plaintiff I.R.C. has a recognizable substantive due process claim under the Fourteenth Amendment.

I.R.C. will be a plaintiff in the action which he brings as the heir and successor.

I.R.C. has no other appointed representative or guardian.

As a minor, I.R.C. can only bring his claims by way of a guardian ad litem.

## II.
## This court is empowered to appoint petitioner as Guardian Ad Litem.

Rule 17(c) of the Federal Rules of Civil Procedure, provides as follows:

> "An infant or incompetent person who does not have a duly appointed representative may sue by a next friend or guardian ad litem. The court shall appoint a guardian ad litem for an infant or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the infant or incompetent person."

MDRAFEAL HAIDER CHOWDHURY, as the natural father of I.R.C., is an appropriate candidate to serve as guardian ad litem for purposes of pursuing an action

4
PETITION TO APPOINT GUARDIAN AD LITEM

for the violation of his son's constitutional rights. His son's claims are based on and related to his mother's claims.

The sole purpose of the guardianship would be to bring the action on behalf of his son and to ensure that any proceeds of the action are properly secured in an institution until I.R.C. reaches majority.

## III.
## Conclusion

For all the reasons stated above, petitioner MDRAFEAL HAIDER CHOWDHURY respectfully submits that the court should issue an order appointing him as guardian ad litem for his son I.R.C.

Date: October 5, 2021    LAW OFFICES OF ROBIN D. PERRY & ASSOCIATES

By:  /s/ Robin D. Perry
     ROBIN D. PERRY, ESQ.
Attorneys for Plaintiffs, IRC, a minor, by and through his Guardian ad Litem, Mdrafeal Haider Chowdhury, Estate of Manuela Rodriguez, by and through successor in interest IRC